AND/OR SUPPORTED THE INVESTIGATION OF MYSELF AND MY CO-DEFENDANTS THAT WAS INITIATED AND ORCHESTRATED BY SPECIAL AGENT ROBERT FULLER OF THE FEDERAL BUREAU OF INVESTIGATION (F.B.I.) INTO SO-CALLED TERRORIST ACTIVITIES.

2.] THAT THE SO CALLED INVESTIGATION WAS INITIATED AND CARRIED OUT WITHOUT PROVOCATION, REASON, PROBABLE CAUSE OR THE SLIGHTEST SUSPICION THAT TERRORIST ACTIVITY, OR ANY CRIMINAL ACTIVITY FOR THAT MATTER, WAS BEING PLOTTED OR COMMITTED.

3.] THAT ONCE IT WAS UNDERSTOOD BY THE GOVERNMENT/AGENT FULLER AND HIS PAID/LYING INFORMANT THAT THERE WAS NO CRIMINAL ACTIVITY, TERRORIST OR OTHERWISE, BEING COMMITTED BY PETITIONER/AFFIANT, THE GOVERNMENT MANUFACTURED SEVERAL CRIMES AND INDUCED MY CO-DEFENDANTS AND MYSELF TO TAKE PART IN/COMMIT THE CRIMES FOR WHICH WE STAND CONVICTED.

4.] THAT MYSELF AND MY CO-DEFENDANTS WERE THE TARGET OF THE INVESTIGATION AND MANUFACTURED CRIMES DUE TO OUR ISLAMIC FAITH AND OUR BEING MUSLIM.

5.] THAT I, PETITIONER/AFFIANT REASONABLY EXPECTED MY PRIVACY AND FREEDOM TO PRACTICE, LAWFULLY, MY RELIGIOUS BELIEFS AND OBLIGATIONS THAT ALL LAW ABIDING AMERICAN CITIZENS ENJOY REGARDLESS OF RACE, CREED, COLOR OR RELIGION.

6.] THAT THE GOVERNMENT APPEALED TO MY ECONOMIC STRIFE/NEEDS IN INDUCING ME TO JOIN IN ITS MANUFACTURED CRIMES.

7.] THAT IF NOT FOR THE SUGGESTION, INDUCEMENTS AND MANUFACTURING OF THE CRIMES FOR WHICH I STAND CONVICTED, NOT ONLY WOULD I NOT HAVE TAKEN PART IN SUCH CRIMES, I NEVER WOULD HAVE FATHOMED THE THOUGHT TO COMMIT SUCH A HORRENDOUS CRIME.

8.] THAT THE GOVERNMENT MANUFACTURED THE CRIMES FOR WHICH I AM CONVICTED DUE TO THE FACT THAT ITS INITIAL INVESTIGATION PROVED FRUITLESS AND DID NOT REVEAL SOME ELABORATE TERRORIST PLOT AND IN FACT YIELDED ABSOLUTELY NO EVIDENCE OF ANY CRIMINAL ACTIVITY WHATSOEVER.

9.] THAT THE RECORD SHOWS THAT I'M NOT A TERRORIST, MY CASE IS NOT A TERRORIST CASE AND IF NOT FOR THE GOVERNMENT'S ACTIONS, THERE WOULD NOT BE ANY CASE AT ALL AS EVERY ASPECT OF MY CASE WAS CREATED OUT OF THIN AIR, DICTATED AND MANUFACTURED BY THE GOVERNMENT.

10.] THAT THE GOVERNMENT'S ENTIRE MANUFACTURED CASE SERVED TO CHARGE AND CONVICT INNOCENT, LAW ABIDING CITIZENS, WITH NO PRIOR DISPOSITION TO COMMIT SUCH CRIMES, AND WHO WERE NOT ENGAGED IN ANY CRIMINAL ACTIVITY WHATSOEVER, OF SOME OF THE MOST HEINOUS FEDERAL CRIMES SIMPLY BECAUSE WE ARE MUSLIM.

11.] THAT THE DISTRICT COURT'S RULING AT SENTENCING WAS CONTRARY TO THE FACTS AS THE HONORABLE JUDGE McMAHON ITERATED ON THE RECORD, NAMELY, THIS CASE IS NOT A TERRORIST CASE, OUR CAUSE WAS NOT MOTIVATED BY RELIGIOUS BELIEFS, WE ACTED FOR MONEY, IF NOT FOR THE GOVERNMENT'S ACTION THERE WOULDN'T BE A CASE, WE NEVER COULD HAVE THOUGHT UP THESE CRIMES, THE ENTIRETY OF

THIS CASES AND ITS CHARGES WERE MANUFACTURED ENTIRELY BY THE GOVERNMENT, THAT THE GOVERNMENT COULD HAVE JUST WATCHED MY CO-DEFENDANT CROMITIE AND WE WOULDN'T HAVE THIS CASE OR CHARGES, THAT WE WERE NOT ENGAGED IN ANY CRIMINAL ACTIVITY WHEN THE GOVERNMENT BEGAN ITS INVESTIGATION OF US AND THAT WE WERE NOT PREDISPOSED TO COMMIT THE CRIMES THE GOVERNMENT MANUFACTURED AND CONVICTED US OF.

I, ONTA WILLIAMS, A/K/A "HAMZAH", THE PETITIONER AND AFFIANT HEREIN SWEAR UNDER PENALTY OF PERJURY, BY THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE HEREIN FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. (28 U.S.C. § 1746)

DATE: OCTOBER 6, 2015

/s/ Onta Williams
ONTA WILLIAMS

<u>UNITED STATES DISTRICT COURT</u>
<u>SOUTHERN DISTRICT OF NEW YORK</u>

ONTA WILLIAMS, A/K/A "HAMZAH,"
PETITIONER,

v.

UNITED STATES OF AMERICA,
RESPONDENT.

CASE NO. 09 CR 558 (CM)
APPOINTMENT OF COUNSEL

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

COMES NOW PETITIONER ONTA WILLIAMS, PROCEEDING PRO-SE AND PRAYS/REQUEST THIS HONORABLE COURT APPOINT HIM COUNSEL TO FURTHER ADVANCE HIS CLAIMS AS RAISED HEREIN AND ATTACHED. AS THIS COURT IS AWARE, PETITIONER'S ISSUES/CLAIMS AS RAISED IN HIS ATTACHED § 2255 FILINGS ARE OF A COMPLEX NATURE, AS IS HIS CASE IN CHIEF, REQUIRING AND JUSTIFYING THE ASSISTANCE OF A TRAINED, LEGAL MIND.

DATE: OCTOBER 6, 2015.

RESPECTFULLY,
/s/ Onta Williams
ONTA WILLIAMS
PETITIONER PRO-SE